# EXHIBIT A

Case Summary:

| Case Id: | 30-2020-01168115-CU-IC-CXC |
|---|---|
| Case Title: | ACE PROPERTY & CASUALTY INSURANCE COMPANY VS. MCKESSON CORPORATION |
| Case Type: | INSURANCE COVERAGE |
| Filing Date: | 11/02/2020 |
| Category: | CIVIL - UNLIMITED |

Register Of Actions:

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 1 | E-FILING TRANSACTION 41128941 RECEIVED ON 11/02/2020 10:20:41 AM. | 11/02/2020 | | *NV* | |
| 2 | COMPLAINT FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/02/2020 | 11/02/2020 | | 873 pages | ☐ |
| 3 | CIVIL CASE COVER SHEET FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/02/2020 | 11/02/2020 | | 2 pages | ☐ |
| 4 | SUMMONS ISSUED AND FILED FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/02/2020 | 11/02/2020 | | 2 pages | ☐ |
| 5 | PAYMENT RECEIVED BY ONELEGAL FOR 194 - COMPLAINT OR OTHER 1ST PAPER, 34 - COMPLEX CASE FEE - PLAINTIFF IN THE AMOUNT OF 1,435.00, TRANSACTION NUMBER 12802528 AND RECEIPT NUMBER 12629567. | 11/02/2020 | | 1 pages | ☐ |
| 6 | CASE ASSIGNED TO JUDICIAL OFFICER WILSON, PETER ON 11/02/2020. | 11/02/2020 | | *NV* | |
| 7 | E-FILING TRANSACTION 41131984 RECEIVED ON 11/11/2020 02:04:04 PM. | 11/12/2020 | | *NV* | |
| 8 | PROOF OF PERSONAL SERVICE FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/12/2020 | 11/12/2020 | | 1 pages | ☐ |
| 9 | E-FILING TRANSACTION 41133747 RECEIVED ON 11/17/2020 05:09:38 PM. | 11/17/2020 | | *NV* | |
| 10 | PROOF OF PERSONAL SERVICE FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/17/2020 | 11/17/2020 | | 1 pages | ☐ |
| 11 | E-FILING TRANSACTION 1788948 RECEIVED ON 11/20/2020 05:20:44 PM. | 11/23/2020 | | *NV* | |
| 12 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/20/2020 | 11/20/2020 | | 4 pages | ☐ |
| 13 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/20/2020 | 11/20/2020 | | 4 pages | ☐ |

| ROA | Docket | Filing Date | Filing Party | Document | Select |
|---|---|---|---|---|---|
| 14 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/20/2020 | 11/20/2020 | | 4 pages | ☐ |
| 15 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/20/2020 | 11/20/2020 | | 4 pages | ☐ |
| 16 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/20/2020 | 11/20/2020 | | 4 pages | ☐ |
| 17 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/20/2020 | 11/20/2020 | | 4 pages | ☐ |
| 18 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/20/2020 | 11/20/2020 | | 4 pages | ☐ |
| 19 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/20/2020 | 11/20/2020 | | 4 pages | ☐ |
| 20 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/20/2020 | 11/20/2020 | | 4 pages | ☐ |
| 21 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/20/2020 | 11/20/2020 | | 4 pages | ☐ |
| 22 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/20/2020 | 11/20/2020 | | 4 pages | ☐ |
| 23 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/20/2020 | 11/20/2020 | | 4 pages | ☐ |
| 24 | REQUEST FOR DISMISSAL WITHOUT PREJUDICE - PARTY FILED BY ACE PROPERTY & CASUALTY INSURANCE COMPANY ON 11/20/2020 | 11/20/2020 | | 4 pages | ☐ |

Participants:

| Name | Type | Assoc | Start Date | End Date |
|---|---|---|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMP | PLAINTIFF | | 11/02/2020 | |
| MARKEL AMERICAN INSURANCE COMPANY | DEFENDANT | | 11/02/2020 | |
| MCKESSON CORPORATION | DEFENDANT | | 11/02/2020 | |
| MUNICH REINSURANCE AMERICA, INC. | DEFENDANT | | 11/02/2020 | |
| ARCH REINSURANCE LIMITED | DEFENDANT | | 11/02/2020 | |
| ENDURANCE SPECIALTY INSURANCE LIMITED | DEFENDANT | | 11/02/2020 | |
| GOLDEN STATE INSURANCE COMPANY LIMITED | DEFENDANT | | 11/02/2020 | |
| ASPEN INSURANCE UK LIMITED | DEFENDANT | | 11/02/2020 | |
| GREAT LAKES INSURANCE COMPANY SE | DEFENDANT | | 11/02/2020 | |
| LIBERTY SPECIAL MARKETS AGENCY | DEFENDANT | | 11/02/2020 | |

| Name | Type | Assoc | Start Date | End Date |
|------|------|-------|-----------|----------|
| CANOPIUS UNDERWRITING BERMUDA LIMITED | DEFENDANT | | 11/02/2020 | |
| IRONSHORE SPECIALTY INSURANCE COMPANY | DEFENDANT | | 11/02/2020 | |
| NATIONAL UNION FIRE INSURANCE COMPANY | DEFENDANT | | 11/02/2020 | |
| SWISS RE INTERNATIONAL SE | DEFENDANT | | 11/02/2020 | |
| AIU INSURANCE COMPANY | DEFENDANT | | 11/02/2020 | |
| NORTH AMERICAN CAPACITY INSURANCE COMP | DEFENDANT | | 11/02/2020 | |
| XL INSURANCE AMERICA, INC. | DEFENDANT | | 11/02/2020 | |
| CERTAIN UNDERWRITERS AT LLOYDS LONDON, | DEFENDANT | | 11/02/2020 | |
| ARGO RE LIMITED | DEFENDANT | | 11/02/2020 | |
| HOLWELL SHUSTER & GOLDBERG LLP | ATTORNEY | | 11/02/2020 | |
| NATIONAL FIRE & MARINE INSURANCE COMPA | DEFENDANT | | 11/02/2020 | |
| LEXINGTON INSURANCE COMPANY | DEFENDANT | | 11/02/2020 | |
| LONDON FISCHER LLP | ATTORNEY | | 11/02/2020 | |

Hearings:

| Description | Date | Time | Department | Judge |
|------------|------|------|-----------|-------|

Print this page