NATHAN E. SHAFROTH (Bar No. 232505)
COVINGTON & BURLING LLP
Salesforce Tower, 415 Mission Street
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
nshafroth@cov.com

ANNA ENGH (*pro hac vice forthcoming*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, N.W.
Washington, D.C.  20001
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
aengh@cov.com

DAVID LUTTINGER (*pro hac vice forthcoming*)
CLÉA P.M. LIQUARD (*pro hac vice forthcoming*)
COVINGTON & BURLING LLP
The New York Times Building, 620 Eighth Avenue
New York, New York 10018
Telephone: + 1 (212) 841-1000
Facsimile: + 1 (212) 841-1010
dluttinger@cov.com
cliquard@cov.com

*Attorneys for Defendant Insured McKesson Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>     v.<br><br>MCKESSON CORPORATION; | Civil Case No.: 8:20-cv-02268<br><br>(Removal from the Superior Court of California for the County of Orange—Central Justice Center, Case No. 30-2020-01168115-CU-IC-CXC) |

DECLARATION OF NATHAN E. SHAFROTH IN SUPPORT OF
MCKESSON CORPORATION'S MOTION TO TRANSFER VENUE / CASE NO. 8:20-cv-02268

and

AIU INSURANCE COMPANY; ARCH REINSURANCE LIMITED; ARGO RE LIMITED; ASPEN INSURANCE UK LIMITED; CANOPIUS UNDERWRITING BERMUDA LIMITED; ENDURANCE SPECIALTY INSURANCE LIMITED; GOLDEN STATE INSURANCE COMPANY LIMITED; GREAT LAKES INSURANCE COMPANY SE; IRONSHORE SPECIALTY INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY SPECIAL MARKETS AGENCY; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. B0509B0WCN1500017; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. B0509BOWCN1600451; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. B0509BOWCN1700408; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. 509/DL554610; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. B0509BOWCN1600450; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. B0509BOWCN1700419; MARKEL AMERICAN INSURANCE COMPANY; MUNICH REINSURANCE AMERICA, INC.; NATIONAL FIRE & MARINE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY; NORTH AMERICAN CAPACITY INSURANCE COMPANY; SWISS RE

**DECLARATION OF NATHAN E. SHAFROTH IN SUPPORT OF MCKESSON CORPORATION'S MOTION TO TRANSFER VENUE**

[Hearing date to be determined upon the assignment of a judge or magistrate to this action]

Date: To Be Determined
Time: To Be Determined
Before: To Be Determined
Courtroom: To Be Determined

1  INTERNATIONAL SE; XL INSURANCE
2  AMERICA, INC.; AND DOES 1-50,
3      Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Nathan E. Shafroth, declare as follows:

1. I am an attorney with Covington & Burling LLP, counsel for McKesson Corporation. I make this declaration in support of McKesson Corporation's Motion to Transfer Venue.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Complaint in *AIU Ins. Co. v. McKesson Corp.*, No. 3:20-cv-07469 (N.D. Cal.), which was filed in the Northern District of California on October 23, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 2, 2020, in San Francisco, California.

By: */s/ Nathan E. Shafroth*
Nathan E. Shafroth