NATHAN E. SHAFROTH (Bar No. 232505)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
nshafroth@cov.com

ANNA ENGH (*pro hac vice forthcoming*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
aengh@cov.com

DAVID LUTTINGER (*pro hac vice forthcoming*)
CLÉA P.M. LIQUARD (*pro hac vice forthcoming*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: + 1 (212) 841-1000
Facsimile: + 1 (212) 841-1010
dluttinger@cov.com; cliquard@cov.com

*Attorneys for Defendant Insured McKesson Corporation*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA

| | |
|---|---|
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON CORPORATION; | Civil Case No.: 8:20-cv-02268-DOC-DFM<br><br>**DEFENDANT MCKESSON CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

and

AIU INSURANCE COMPANY; ARCH
REINSURANCE LIMITED; ARGO RE
LIMITED; ASPEN INSURANCE UK
LIMITED; CANOPIUS UNDERWRITING
BERMUDA LIMITED; ENDURANCE
SPECIALTY INSURANCE LIMITED;
GOLDEN STATE INSURANCE
COMPANY LIMITED; GREAT LAKES
INSURANCE COMPANY SE;
IRONSHORE SPECIALTY INSURANCE
COMPANY; LEXINGTON INSURANCE
COMPANY; LIBERTY SPECIAL
MARKETS AGENCY; CERTAIN
UNDERWRITERS AT LLOYD'S
LONDON, SUBSCRIBING TO POLICY
NO. B0509B0WCN1500017; CERTAIN
UNDERWRITERS AT LLOYD'S
LONDON, SUBSCRIBING TO POLICY
NO. B0509BOWCN1600451; CERTAIN
UNDERWRITERS AT LLOYD'S
LONDON, SUBSCRIBING TO POLICY
NO. B0509BOWCN1700408; CERTAIN
UNDERWRITERS AT LLOYD'S
LONDON, SUBSCRIBING TO POLICY
NO. 509/DL554610; CERTAIN
UNDERWRITERS AT LLOYD'S
LONDON, SUBSCRIBING TO POLICY
NO. B0509BOWCN1600450; CERTAIN
UNDERWRITERS AT LLOYD'S
LONDON, SUBSCRIBING TO POLICY
NO. B0509BOWCN1700419; MARKEL
AMERICAN INSURANCE COMPANY;
MUNICH REINSURANCE AMERICA,
INC.; NATIONAL FIRE & MARINE
INSURANCE COMPANY; NATIONAL
UNION FIRE INSURANCE COMPANY;
NORTH AMERICAN CAPACITY
INSURANCE COMPANY; SWISS RE

2

DEFENDANT MCKESSON CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR
PROCEEDINGS

INTERNATIONAL SE; XL INSURANCE
AMERICA, INC.; AND DOES 1-50,

Defendants.

Pursuant to Local Rule 83-1.4, Defendant McKesson Corporation ("McKesson") respectfully submits this Notice of Pendency of Other Actions Or Proceedings, and states as follows.

**(a) and (b) Identify all other actions or proceedings and the title of the court in which the other action is pending.**

*AIU Ins. Co. et al. v. McKesson Corp*., Case No. 20-cv-07469-JSC, commenced on October 23, 2020 in the United States District Court for the Northern District of California (the "First Filed Action").

**(c) The names of the parties or participants in such other actions or proceedings.**

The following entities are parties to the First Filed Action:

- AIU Insurance Company, as Plaintiff and Counterclaim Defendant.

- National Union Fire Insurance Company of Pittsburgh, PA, as Plaintiff and Counterclaim Defendant (AIU and National Union, together "AIG").

- ACE Property and Casualty Insurance Company, as Third-Party Defendant ("ACE").

- McKesson, the insured, as Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff.

**(d) The names, addresses and telephone numbers of the attorneys in such other actions or proceedings.**

The names, addresses, and telephone numbers of counsel to AIG in the First Filed Action are as follows:

DEFENDANT MCKESSON CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

Richard J. Doren
Gibson, Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071
213-229-7038
Email: rdoren@gibsondunn.com

Matthew A. Hoffman
Gibson, Dunn & Crutcher LLP
333 South Grand Ave
Los Angeles, CA 90071
213-229-7584
Email: mhoffman@gibsondunn.com

Mitchell J. Auslander
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
212-728-8201
Email: mauslander@willkie.com

Christopher J. St. Jeanos
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
212-728-8730
Email: cstjeanos@willkie.com

The names, addresses, and telephone numbers of counsel to ACE in the First Filed Action are as follows:

Susan Rebecca Koehler Sullivan
Clyde & Co US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, CA 90071
213-358-7600
Email: susan.sullivan@clydeco.us

4

Brett Charles Safford
Clyde & Co US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, CA 90071
213-358-7600
Email: brett.safford@clydeco.us

**(e) Statement setting forth the basis for the attorney's belief that the action involves all or a material part of the subject matter of such other actions or proceedings.**

As described more fully in McKesson's pending Motion to Transfer Venue, *see* Dkt. 2, which is incorporated herein by reference, ACE's factual allegations, legal claims, and requested relief against its insured McKesson in the instant action are all but indistinguishable from those brought by AIG in the First Filed Action.  In both cases, McKesson's umbrella insurers seek declarations that they "ha[ve] no duty to defend or indemnify McKesson in any of the Opioid Lawsuits" under occurrence-based umbrella liability policies that cover damages arising out of bodily injuries sustained over the policy period.  Dkt. 1-3 at 4-5 (ACE Compl. ¶ 10); *see also* Dkt. 2-2 at 3 (AIG Compl. ¶ 9).

Moreover, for the reasons set out in McKesson's Motion to Transfer Venue, transfer of this action to the Northern District of California would promote judicial economy, conserve the parties' and courts' resources, and prevent potential inconsistent judgments.  In brief, both lawsuits will call for determination of the same or substantially related or similar questions of law and fact.  For example, both actions will require interpretation of the insurance policies that AIG and ACE issued to McKesson and the scope of coverage for opioid litigation under those policies.  *See* Dkt. 2 at 8, 19 (Mot. at 2, 13).  Consequently, allowing this lawsuit to proceed separately from and in parallel to the First Filed Action would needlessly expend additional judicial resources, burden the

DEFENDANT MCKESSON CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

parties with duplicative proceedings, and create the possibility that two courts will issue dueling interpretations of the same exact contracts. *See id*. at 8, 16-19 (Mot. at 2, 10-13).

Additionally, the Northern District of California has far more extensive contacts with the causes of action and the parties involved in both lawsuits. McKesson was headquartered in San Francisco, California for many years up until 2019. *See id*. at 9 (Mot. at 3). All of the insurance policies that ACE and AIG (and the other defendant insurers still party to this action) issued to McKesson—and which are at the heart of these lawsuits—were issued to McKesson at the company's then-headquarters in San Francisco by insurance brokers operating out of San Francisco. *See id*. at 19-20 (Mot. at 13-14).

By contrast, none of the parties to this action reside in the Central District of California, the operative facts of both actions did not occur in the Central District of California, and this district has no unique interest in the insurance coverage disputes brought by ACE and AIG. *See id*. at 19-22 (Mot. at 13-16).

DEFENDANT MCKESSON CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

DATED:  December 7, 2020

By: */s/ Nathan E. Shafroth*

Nathan E. Shafroth (Bar No. 232505)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
nshafroth@cov.com

Anna Engh (*pro hac vice forthcoming*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C.  20001
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
aengh@cov.com

David Luttinger (*pro hac vice forthcoming*)
Cléa P.M. Liquard (*pro hac vice forthcoming*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: + 1 (212) 841-1000
Facsimile: + 1 (212) 841-1010
dluttinger@cov.com; cliquard@cov.com

*Attorneys for Defendant Insured McKesson
Corporation*

**PROOF OF SERVICE**

I am a citizen of the United States.  I am employed with the law firm of Covington & Burling LLP, whose address is 1999 Avenue of the Stars, 35th Floor, Los Angeles, California  90067-4243.  I am over the age of 18 years, and not a party to this action.  On December 7, 2020, I caused to be served the foregoing document:

**DEFENDANT MCKESSON CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS**

on the following parties:

| | |
|---|---|
| Richard S. Endres<br>London Fischer LLP<br>2505 McCabe Way, Suite 100<br>Irvine, CA 92614<br>Email: rendres@londonfischer.com | Attorney for Plaintiff ACE Property and Casualty Insurance Company |
| Blair E. Kaminsky<br>Holwell Shuster & Goldberg LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Email: bkaminsky@hsgllp.com | Attorney for Plaintiff ACE Property and Casualty Insurance Company |

[ ]     (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier (Federal Express) with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X]  (BY ELECTRONIC MAILING)  I emailed a true and correct copy through the Covington Burling LLP's email system to the email addresses set forth above.

[ ]     (BY U.S. MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

Executed on December 7, 2020, at Los Angeles, California.

/S/ Janet Glick
JANET GLICK