Anna P. Engh
One CityCenter
850 Tenth Street, NW
Washington, DC  20001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ace Property and Casualty Insurance Company | CASE NUMBER |
|---|---|
| v.                           Plaintiff(s) | 8:20-cv-02268-DOC-DFM |
| McKesson Corporation, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Engh, Anna P.      of      Covington & Burling, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*      One CityCenter
(202) 662-5221      (202) 778-5221      850 Tenth Street, NW
*Telephone Number*   *Fax Number*      Washington, DC  20001
aengh@cov.com
*E-Mail Address*      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

McKesson Corporation

---

*Name(s) of Party(ies) Represented*      ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Lu, Raymond G.      of      Covington & Burling, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*      1999 Avenue of the Stars
SBN 324709   (424) 332-4794   (424) 332-4749      Los Angeles, CA  90067
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
rlu@cov.com
*E-Mail Address*      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge