NATHAN E. SHAFROTH (Bar No. 232505)
COVINGTON & BURLING LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
nshafroth@cov.com

ANNA ENGH (*pro hac vice pending*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, N.W.
Washington, D.C. 20001
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
aengh@cov.com

DAVID LUTTINGER (*pro hac vice forthcoming*)
CLÉA P.M. LIQUARD (*pro hac vice forthcoming*)
COVINGTON & BURLING LLP
The New York Times Building, 620 Eighth Avenue
New York, New York 10018
Telephone: + 1 (212) 841-1000
Facsimile: + 1 (212) 841-1010
dluttinger@cov.com; cliquard@cov.com

*Attorneys for Defendant Insured McKesson Corporation*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA

| | |
|---|---|
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>MCKESSON CORPORATION ET AL.,<br><br>Defendants. | Civil Case No.: 8:20-cv-02268-DOC-DFM<br><br>**DEFENDANT MCKESSON CORPORATION'S NOTICE OF MOTION TO TRANSFER VENUE**<br><br>Date: January 11, 2021, 8:30 a.m.<br>Before: Judge David O. Carter<br>Courtroom: 9D |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on January 11, 2021 at 8:30 a.m., or as soon thereafter as counsel may be heard by the above-titled court, located at the United States District Court for the Central District of California, located at 411 West 4th Street, Santa Ana, CA, 92701, Defendant McKesson Corporation will and hereby does move the Court for an Order transferring this action to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. § 1404(a). The Motion is based on this Notice of Motion and Motion, the previously filed Memorandum of Points and Authorities and Declaration of Nathan E. Shafroth (Dkt. No. 2), the pleadings and papers on file herein, and any evidence and argument presented to the Court in the event there is a hearing.

Defendant McKesson Corporation respectfully requests an Order transferring this case to the United States District Court for the Northern District of California.

| | |
|---|---|
| Dated:  December 9, 2020 | COVINGTON & BURLING, LLP |
| | By: */s/ Nathan E. Shafroth*<br>Nathan E. Shafroth<br>COVINGTON & BURLING LLP<br>Salesforce Tower, 415 Mission Street, Suite 5400<br>San Francisco, CA 94105<br>Telephone: + 1 (415) 591-6000<br>Facsimile: + 1 (415) 591-6091<br>nshafroth@cov.com |
| | Anna Engh (*pro hac vice pending*)<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 Tenth Street, N.W.<br>Washington, D.C.  20001<br>Telephone: + 1 (202) 662-6000<br>Facsimile: + 1 (202) 662-6291<br>aengh@cov.com |
| | David Luttinger (*pro hac vice forthcoming*)<br>Cléa P.M. Liquard (*pro hac vice forthcoming*)<br>COVINGTON & BURLING LLP<br>The New York Times Building, 620 Eighth Avenue<br>New York, New York 10018<br>Telephone: + 1 (212) 841-1000<br>Facsimile: + 1 (212) 841-1010<br>dluttinger@cov.com; cliquard@cov.com |
| | *Attorneys for Defendant Insured McKesson Corporation* |

DEFENDANT MCKESSON CORPORATION'S NOTICE OF MOTION
TO TRANSFER VENUE