UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ACE PROPERTY AND CASUALTY INSURANCE
COMPANY v. McKESSON CORPORATION, et al.
8:20-cv-02268-DOC (DFM)

ATTACHMENT #1 TO SUMMONS

**ADDITIONAL DEFENDANTS:**

AIU Insurance Company

Arch Reinsurance Limited

Argo Re Limited

Aspen Insurance UK Limited

Canopius Underwriting Bermuda Limited

Endurance Specialty Insurance Limited

Golden State Insurance Co. Ltd

Great Lakes Insurance Company SE

Ironshore Specialty Insurance Company

Lexington Insurance

Liberty Special Markets Agency

Certain Underwriters at Lloyd's London, Subscribing to Policy No.
B0509BOWCN1500017

Certain Underwriters at Lloyd's London, Subscribing to Policy No.
B0509BOWCN1600451

Certain Underwriters at Lloyd's London, Subscribing to Policy No.
B0509BOWCN1700408

Certain Underwriters at Lloyd's London, Subscribing to Policy No.
509/DL554610

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1600450

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1700419

Markel American Insurance Company

Munich Reinsurance America, Inc.

National Fire & Marine Insurance Company

National Union Fire Insurance Company

North American Capacity Insurance Company

Swiss Re International SE

XL Insurance America, Inc.