UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ACE PROPERTY AND CASUALTY INSURANCE
COMPANY v. McKESSON CORPORATION, et al.
8:20-cv-02268-DOC (DFM)

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**[1]

McKesson Corporation
6535 N. State Highway 161
Irving, TX 75039

AIU Insurance Company
175 Water Street 18th Floor
New York, NY 10038

Golden State Insurance Co. Ltd
P.O Box HM 1826
Hamilton, HM HX, Bermuda

Ironshore Specialty Insurance Company
P.O. Box 3407
New York, NY 10008

Lexington Insurance
99 High St., Floor 24
Boston, MA 02110-2378

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1500017
Mendes & Mount
445 South Figueroa Street
38th Floor
Los Angeles, California 90071-1601

---

[1] Summonses are not being requested against the following Defendants, for whom Requests for Dismissal have previously been filed by Plaintiff in the original State Court action: Arch Reinsurance Limited; Argo Re Limited; Aspen Insurance UK Limited; Canopius Underwriting Bermuda Limited; Endurance Specialty Insurance Limited; Great Lakes Insurance Company SE; Liberty Special Markets Agency; Markel American Insurance Company; Munich Reinsurance America, Inc.; North American Capacity Insurance Company; Swiss Re International SE; XL Insurance America, Inc.

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1600451
Mendes & Mount
445 South Figueroa Street
38th Floor
Los Angeles, California 90071-1601

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1700408
Mendes & Mount
445 South Figueroa Street
38th Floor
Los Angeles, California 90071-1601

Certain Underwriters at Lloyd's London, Subscribing to Policy No. 509/DL554610
Mendes & Mount
445 South Figueroa Street
38th Floor
Los Angeles, California 90071-1601

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1600450
Mendes & Mount
445 South Figueroa Street
38th Floor
Los Angeles, California 90071-1601

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1700419
Mendes & Mount
445 South Figueroa Street
38th Floor
Los Angeles, California 90071-1601

National Fire & Marine Insurance Company
3024 Harney Street
Omaha, NE 68131

National Union Fire Insurance Company
175 Water St.
New York, NY 10038-4969