| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>GRETCHEN A. HOFF VARNER (Bar No. 284980)<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>San Francisco, California 94105<br>Telephone: + 1 (415) 591-6000<br>ghoffvarner@cov.com | CLEAR FORM |

ATTORNEY(S) FOR: MCKESSON CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ACE Property and Casualty Insurance Company

Plaintiff(s),

v.

McKesson Corporation, et al.

Defendant(s)

CASE NUMBER:

8:20-cv-02268-DOC-DFM

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for McKesson Corporation or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| None. | None. |

December 9, 2020
Date

/s/ Gretchen A. Hoff Varner
Signature

Attorney of record for (or name of party appearing in pro per):

Gretchen A. Hoff Varner