Michael S. Shuster
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (646) 837-5151
Facsimile: (646) 837-5150

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY <br><br> Plaintiff(s) <br> v. <br> MCKESSON CORPORATION, et al. <br><br> Defendant(s). | CASE NUMBER <br><br> 8:20−cv−02268−DOC (DFM) <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Shuster, Michael S.  of  HOLWELL SHUSTER & GOLDBERG LLP
*Applicant's Name (Last Name, First Name & Middle Initial*   425 Lexington Avenue
(646) 837-5151     (646) 837-5150     New York, New York 10017
*Telephone Number*    *Fax Number*
mshuster@hsgllp.com
*E-Mail Address*       *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

ACE Property & Casualty Insurance Company

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Endres, Richard S.  of  LONDON FISCHER LLP
*Designee's Name (Last Name, First Name & Middle Initial*   2505 McCabe Way, Suite 100
144853   (949) 252-0550   (949) 252-0553   Irvine, CA 92614
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
rendres@londonfischer.com
*E-Mail Address*       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge