AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 8:20-cv-02268-DOC (DFM) |
| McKESSON CORPORATION (See Attachment # 1) | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  (See Attachment # 2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  
Richard S Endres  
London Fischer LLP  
2505 McCabe Way Suite 100  
Irvine, CA 92614  
949-252-0550  
rendres@londonfischer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: December 10, 2020

J. DeBusse

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  8:20-cv-02268-DOC (DFM)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ACE PROPERTY AND CASUALTY INSURANCE
COMPANY v. McKESSON CORPORATION, et al.
8:20-cv-02268-DOC (DFM)

ATTACHMENT #1 TO SUMMONS

**ADDITIONAL DEFENDANTS:**

AIU Insurance Company

Arch Reinsurance Limited

Argo Re Limited

Aspen Insurance UK Limited

Canopius Underwriting Bermuda Limited

Endurance Specialty Insurance Limited

Golden State Insurance Co. Ltd

Great Lakes Insurance Company SE

Ironshore Specialty Insurance Company

Lexington Insurance

Liberty Special Markets Agency

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1500017

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1600451

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1700408

Certain Underwriters at Lloyd's London, Subscribing to Policy No. 509/DL554610

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1600450

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1700419

Markel American Insurance Company

Munich Reinsurance America, Inc.

National Fire & Marine Insurance Company

National Union Fire Insurance Company

North American Capacity Insurance Company

Swiss Re International SE

XL Insurance America, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ACE PROPERTY AND CASUALTY INSURANCE
COMPANY v. McKESSON CORPORATION, et al.
8:20-cv-02268-DOC (DFM)

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**[1]

McKesson Corporation
6535 N. State Highway 161
Irving, TX 75039

AIU Insurance Company
175 Water Street 18th Floor
New York, NY 10038

Golden State Insurance Co. Ltd
P.O Box HM 1826
Hamilton, HM HX, Bermuda

Ironshore Specialty Insurance Company
P.O. Box 3407
New York, NY 10008

Lexington Insurance
99 High St., Floor 24
Boston, MA 02110-2378

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1500017
Mendes & Mount
445 South Figueroa Street
38th Floor
Los Angeles, California 90071-1601

---

[1] Summonses are not being requested against the following Defendants, for whom Requests for Dismissal have previously been filed by Plaintiff in the original State Court action: Arch Reinsurance Limited; Argo Re Limited; Aspen Insurance UK Limited; Canopius Underwriting Bermuda Limited; Endurance Specialty Insurance Limited; Great Lakes Insurance Company SE; Liberty Special Markets Agency; Markel American Insurance Company; Munich Reinsurance America, Inc.; North American Capacity Insurance Company; Swiss Re International SE; XL Insurance America, Inc.

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1600451
Mendes & Mount
445 South Figueroa Street
38th Floor
Los Angeles, California 90071-1601

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1700408
Mendes & Mount
445 South Figueroa Street
38th Floor
Los Angeles, California 90071-1601

Certain Underwriters at Lloyd's London, Subscribing to Policy No. 509/DL554610
Mendes & Mount
445 South Figueroa Street
38th Floor
Los Angeles, California 90071-1601

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1600450
Mendes & Mount
445 South Figueroa Street
38th Floor
Los Angeles, California 90071-1601

Certain Underwriters at Lloyd's London, Subscribing to Policy No. B0509BOWCN1700419
Mendes & Mount
445 South Figueroa Street
38th Floor
Los Angeles, California 90071-1601

National Fire & Marine Insurance Company
3024 Harney Street
Omaha, NE 68131

National Union Fire Insurance Company
175 Water St.
New York, NY 10038-4969