Name and address:

Daniel M. Sullivan
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, New York 10017
T: (646) 837-5151; F: (646) 837-5150

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY<br><br>                                        Plaintiff(s),<br><br>v.<br><br><br>MCKESSON CORPORATION,  et al.<br><br>                                        Defendant(s), | CASE NUMBER<br><br>8:20−cv−02268 DOC (DFM)<br><br><br>**APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE**<br>***PRO HAC VICE*** |

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* ***ELECTRONIC SIGNATURES ARE NOT ACCEPTED.*** *Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* ***Out-of-state federal government attorneys are not required to pay the $500 fee.*** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Sullivan, Daniel M.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*                                                  *check here if federal government attorney* ☐

Holwell Shuster & Goldberg LLP
_____
*Firm/Agency Name*

| | | |
|---|---|---|
| 425 Lexington Avenue | (646) 837-5151 | (646) 837-5150 |
| 14th Floor | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| New York, New York 10017 | dsullivan@hsgllp.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| | |
|---|---|
| ACE Property & Casualty Insurance Company | ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____ |
| _____ | ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York | 6/23/2009 | Yes |
| U.S. Dist. Ct., Southern District of NY | 10/25/2011 | Yes |
| U.S. Dist. Ct., Eastern District of NY | 4/1/2016 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  12/7/2020

Daniel M. Sullivan
Applicant's Name (please type or print)

Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Endres, Richard S.
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

London Fischer LLP
_____
*Firm/Agency Name*

2505 McCabe Way
_____

Suite 100
_____
*Street Address*

Irvine, CA 92614
_____
*City, State, Zip Code*

(949) 252-0550              (949) 252-0553
_____        _____
*Telephone Number*           *Fax Number*

rendres@londonfischer.com
_____
*Email Address*

144853
_____
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated        12/10/20

Richard S. Endres
_____
*Designee's Name (please type or print)*

_____
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

(Additional Court Admission)
Supreme Court of the United States. Admitted: 04/17/2017. Active and in Good Standing.
U.S. Court of Appeals, First Circuit. Admitted: 6/28/2018. Active and in Good Standing.
U.S. Court of Appeals, Second Circuit. Admitted: 04/05/2012. Active and in Good Standing.
U.S Court of Appeals, Fifth Circuit. Admitted: 10/10/2017. Active and in Good Standing.
U.S. Court of Appeals, Seventh Circuit. Admitted: 08/07/2015. Active and in Good Standing.
U.S. Court of Appeals, Ninth Circuit. Admitted: 09/11/2009. Active and in Good Standing.
U.S. Court of Appeals, Eleventh Circuit. Admitted: 12/15/2017. Active and in Good Standing.
U.S. Court of Appeals, Federal Circuit. Admitted: 08/28/2015. Active and in Good Standing.
U.S. Immigration Court. Admitted: 7/10/2018. Active and in Good Standing.



# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Daniel Martin Sullivan

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **23rd day of June, 2009**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **9th day of December, 2020**.



Clerk