Anna P. Engh
One CityCenter
850 Tenth Street, NW
Washington, DC  20001

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ace Property and Casualty Insurance Company | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | 8:20-cv-02268-DOC-DFM |
| McKesson Corporation, et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  [16] [20] |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Engh, Anna P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Covington & Burling, LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001
*Firm/Agency Name & Address*

(202) 662-5221   *Telephone Number*
(202) 778-5221   *Fax Number*
aengh@cov.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

McKesson Corporation

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: ____

and designating as Local Counsel

Lu, Raymond G.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Covington & Burling, LLP
1999 Avenue of the Stars
Los Angeles, CA  90067
*Firm/Agency Name & Address*

SBN 324709   *Designee's Cal. Bar No.*
(424) 332-4794   *Telephone Number*
(424) 332-4749   *Fax Number*
rlu@cov.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application: ____
 ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
 ☐ because ____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:  ☐ be refunded  ☐ not be refunded.

Dated  12/11/2020

*/s/ David O. Carter*
U.S. District Judge