Michael S. Shuster
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (646) 837-5151
Facsimile: (646) 837-5150

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY<br><br>Plaintiff(s)<br>v.<br>MCKESSON CORPORATION, et al.<br><br>Defendant(s). | CASE NUMBER<br>8:20-cv-02268-DOC (DFM)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [28] |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Shuster, Michael S.
*Applicant's Name (Last Name, First Name & Middle Initial*
(646) 837-5151      (646) 837-5150
*Telephone Number        Fax Number*
mshuster@hsgllp.com
*E-Mail Address*

of   HOLWELL SHUSTER & GOLDBERG LLP
     425 Lexington Avenue
     New York, New York 10017

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

ACE Property & Casualty Insurance Company

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Endres, Richard S.
*Designee's Name (Last Name, First Name & Middle Initial*
144853         (949) 252-0550        (949) 252-0553
*Designee's Cal. Bar No.    Telephone Number    Fax Number*
rendres@londonfischer.com
*E-Mail Address*

of   LONDON FISCHER LLP
     2505 McCabe Way, Suite 100
     Irvine, CA 92614

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
           ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.  12/11/2020        /s/ David O. Carter
                                                      U.S. District Judge