Blair E. Kaminsky
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (646) 837-5151
Facsimile: (646) 837-5150

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACE PROPERTY & CASUALTY INSURANCE COMPANY<br><br>Plaintiff(s)<br>v.<br>MCKESSON CORPORATION, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>8:20-cv-02268-DOC (DFM)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [31]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kaminsky, Blair E.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(646) 837-5151          (646) 837-5150
*Telephone Number*       *Fax Number*
bkaminsky@hsgllp.com
*E-Mail Address*

of  HOLWELL SHUSTER & GOLDBERG LLP
    425 Lexington Avenue
    New York, New York 10017
    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

ACE Property & Casualty Insurance Company

*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s)   ☐ Defendant(s)   ☐ Other:

**and designating as Local Counsel**

Endres, Richard S.
*Designee's Name (Last Name, First Name & Middle Initial)*
144853          (949) 252-0550          (949) 252-0553
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
rendres@londonfischer.com
*E-Mail Address*

of  LONDON FISCHER LLP
    2505 McCabe Way, Suite 100
    Irvine, CA 92614
    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
            ☐ because

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded. **Dated:** 12/11/2020

*/s/ David O. Carter*
**U.S. District Judge**