James M. McGuire
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (646) 837-5151
Facsimile: (646) 837-5150

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ACE PROPERTY & CASUALTY INSURANCE COMPANY | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:20-cv-02268-DOC (DFM) |
| v. | |
| MCKESSON CORPORATION, et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [35]** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

McGuire, James M.
*Applicant's Name (Last Name, First Name & Middle Initial*
(646) 837-5151           (646) 837-5150
*Telephone Number*       *Fax Number*
jmcguire@hsgllp.com
*E-Mail Address*

of HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue
New York, New York 10017
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

ACE Property & Casualty Insurance Company

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Endres, Richard S.
*Designee's Name (Last Name, First Name & Middle Initial*
144853           (949) 252-0550           (949) 252-0553
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
rendres@londonfischer.com
*E-Mail Address*

of LONDON FISCHER LLP
2505 McCabe Way, Suite 100
Irvine, CA 92614
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: 12/11/2020

*David O. Carter*
**U.S. District Judge**