GRETCHEN A. HOFF VARNER (Bar No. 284980)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
ghoffvarner@cov.com

[Additional counsel listed on third page]

*Attorneys for Defendant, Counterclaim Plaintiff,
and Cross-claim Plaintiff McKesson Corporation*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA

| | |
|---|---|
| ACE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>MCKESSON CORPORATION; AIU INSURANCE COMPANY; ARCH REINSURANCE LIMITED; ARGO RE LIMITED; ASPEN INSURANCE UK LIMITED; CANOPIUS UNDERWRITING BERMUDA LIMITED; ENDURANCE SPECIALTY INSURANCE LIMITED; GOLDEN STATE INSURANCE COMPANY LIMITED; GREAT LAKES INSURANCE COMPANY SE; IRONSHORE SPECIALTY INSURANCE COMPANY; LEXINGTON INSURANCE COMPANY; LIBERTY SPECIAL MARKETS AGENCY; CERTAIN UNDERWRITERS AT LLOYD'S | Case No. 8:20-cv-02268-DOC-DFM<br><br>**PROOF OF SERVICE**<br><br>**JUDGE DAVID O. CARTER** |

LONDON, SUBSCRIBING TO POLICY NO. B0509B0WCN1500017; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. B0509BOWCN1600451; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. B0509BOWCN1700408; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. 509/DL554610; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. B0509BOWCN1600450; CERTAIN UNDERWRITERS AT LLOYD'S LONDON, SUBSCRIBING TO POLICY NO. B0509BOWCN1700419; MARKEL AMERICAN INSURANCE COMPANY; MUNICH REINSURANCE AMERICA, INC.; NATIONAL FIRE & MARINE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY; NORTH AMERICAN CAPACITY INSURANCE COMPANY; SWISS RE INTERNATIONAL SE; XL INSURANCE AMERICA, INC.; AND DOES 1-50,

Defendants.

1  ANNA ENGH
2  COVINGTON & BURLING LLP
   One CityCenter
3  850 Tenth Street, N.W.
   Washington, D.C.  20001
4  Telephone: + 1 (202) 662-6000
5  Facsimile: + 1 (202) 662-6291
   aengh@cov.com
6

7  DAVID LUTTINGER (*pro hac vice forthcoming*)
   CLÉA P.M. LIQUARD (*pro hac vice forthcoming*)
8  COVINGTON & BURLING LLP
9  The New York Times Building
   620 Eighth Avenue
10 New York, New York 10018
11 Telephone: +1 (212) 841-1000
   Facsimile: +1 (212) 841-1010
12 dluttinger@cov.com; cliquard@cov.com

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to, or interested in the within entitled action. I am an employee of Covington & Burling, LLP, and my business address is The New York Times Building, 620 Eighth Avenue, New York, NY 10018-1405.

On December 11, 2020, I served the following documents on Defendants National Union Fire Insurance Company of Pittsburgh, PA and AIU Insurance Company in this action:

- **MCKESSON CORPORATION'S ANSWER, COUNTERCLAIMS, AND CROSS-CLAIMS**

- **DEFENDANT MCKESSON CORPORATION'S NOTICE OF MOTION TO TRANSFER VENUE**

- **CERTIFICATION AND NOTICE OF INTERESTED PARTIES FOR MCKESSON CORPORATION**

- **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL FOR GRETCHEN HOFF VARNER**

- **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* AND ACCOMPANYING PROPOSED ORDER FOR ANNA ENGH**

Per an agreement with counsel, I electronically served the documents on counsel for National Union Fire Insurance Company of Pittsburgh, PA and AIU Insurance Company at the following e-mail addresses:

- Mitchell Auslander
  mauslander@willkie.com

- Christopher J. St. Jeanos
  cstjeanos@willkie.com

- Jocelyn Sher
  jSher@willkie.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 14, 2020 at New York City, New York.

*[signature]*

Cléa P.M. Liquard

PROOF OF SERVICE