| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>NATHAN E. SHAFROTH, ESQ. (SBN 281452)<br>**COVINGTON & BURLING LLP**<br>Salesforce Tower, 415 Mission Street<br>San Francisco, CA 94105-2533<br>Tel. No.: (415) 591-6000    Fax No.: (415) 591-6091<br>Attorney(s) for: DEFENDANT<br>Reference No.: COVBU-0143532 GE | FOR COURT USE ONLY |
|---|---|

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

PETITIONER/PLAINTIFF: ACE PROPERTY AND CASUALTY INSURANCE COMPANY

RESPONDENT/DEFENDANT: MICKESSON CORPORATION

| **PROOF OF SERVICE** | HEARING DATE: | TIME: | DEPT. No.: | CASE NUMBER:<br>8:20-cv-02268 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

- DEFENDANT MCKESSON CORPORATION'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE
- DECLARATION OF NATHAN E. SHAFROTH IN SUPPORT OF MCKESSON CORPORATION'S MOTION TO TRANSFER VENUE
- DEFENDANT MCKESSON CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS
- APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PROHAC VICE*
- (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*
- DEFENDANT MCKESSON CORPORATION'S NOTICE OF REMOVAL TO FEDERAL COURT (30-2020-01168115-CU-IC-CXC)
- NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL
- CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)
- MCKESSON CORPORATION'S ANSWER, COUNTERCLAIMS AND CROSS-CLAIMS

2. a. Name of Party served:     NATIONAL FIRE & MARINE INSURANCE COMPANY
                                 c/o RAJ R. MEHTA
   b. Person whom left with:    SARAH STARKEY, SENIOR OPERATIONS ANALYST
   c. Address:                  1314 DOUGLAS STREET, SUITE 1400
                                 OMAHA, NE 68102

3. I served the party named in item 2a. by personally delivering the copies to the person served as follows:
   (1) On: 12/10/2020        (2) At: 12:05 PM

4. I received this document(s) for service on (date): 12/09/2020

5. Person serving:
   BARBARA STEIL (Nebraska Process Server)
   *EXPRESS NETWORK*
   1605 W. Olympic Blvd., 8th Floor
   Los Angeles, California 90015
   (213) 975-9850

   a. Fee for service $ 295.00
   b. [X] Not a Registered California Process Server
   c. [ ] Registered California Process Server
   d. [ ] Employee or Independent Contractor
       (1) Registration No.:
       (2) County:

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: December 11, 2020                                            *Barbara Steil* (signature)

Rule 982(a)(23) Judicial Council of California

**PROOF OF SERVICE**