Name and address:
Clea P.M. Liquard
The New York Times Building
620 Eighth Avenue
New York, NY  10018

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Ace Property and Casualty Insurance Company

Plaintiff(s)

v.

McKesson Corporation, et al.

Defendant(s).

CASE NUMBER

8:20-cv-02268-DOC-DFM

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Liquard, Clea P.M.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212.841.1173
*Telephone Number*

646.441.9173
*Fax Number*

cliquard@cov.com
*E-Mail Address*

of

Covington & Burling, LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
McKesson Corporation

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

and designating as Local Counsel

Lu, Raymond G.
*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 324709
*Designee's Cal. Bar No.*

424.332.4794
*Telephone Number*

424.332.4749
*Fax Number*

rlu@cov.com
*E-Mail Address*

of

Covington & Burling LLP
1999 Avenue of the Stars
Los Angeles, CA  90067-4643
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge